## UNITED THERAPEUTICS CORPORATION, Appellant

v.

### STEADYMED LTD., Appellee

2017-2121

United States Court of Appeals, Federal Circuit.

November 14, 2017

STEPHEN MAEBIUS, Foley & Lardner LLP, Washington, DC, argued for appellant. Also represented by GEORGE ELLSWORTH QUILLIN; DOUGLAS H. CARSTEN, Wilson, Sonsini, Goodrich & Rosati, PC, San Diego, CA; ROBERT DELAFIELD, Austin, TX; SHAUN R. SNADER, United Therapeutics Corporation, Washington, DC.

STUART ERIC POLLACK, DLA Piper US LLP, New York, NY, argued for appellee. Also represented by LISA ANNE HAILE, STANLEY JOSEPH PANIKOWSKI, III, San Diego, CA.

(Prost, Chief Judge, Wallach and Hughes, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

## IN RE: NPS PHARMACEUTICALS, INC., Appellant

2017-1392, 2017-1393

United States Court of Appeals, Federal Circuit.

November 15, 2017

JOSEPH R. ROBINSON, Troutman Sanders LLP, New York, NY, argued for appellant. Also represented by ROBERT SCHAFFER; DUSTIN B. WEEKS, Atlanta, GA.

(Prost, Chief Judge, Dyk and Chen, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**